BILLIE DE LANE, *alias* BILLIE COWSAR V. THE STATE.

No. 20436. Delivered June 14, 1939.
Rehearing Denied (Without Written Opinion) October 11, 1939.

The opinion states the case.

*J. T. Kelley,* of Odessa, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

CHRISTIAN, Judge.
The offense is theft; the punishment, confinement in the penitentiary for two years.

The transcript is before us without a judgment of conviction or a sentence. Under the circumstances, this Court is without jurisdiction.

The appeal is dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.